**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――x

LASHAWN DAWSON, on behalf of himself and
all others similarly situated,   Civil Action No. 1:23-CV-07572

                   Plaintiff,

  -against-
                                        **NOTICE OF VOLUNTARY**
QUEENLY INC.,                         **DISMISSAL WITHOUT PREJUDICE**

                   Defendants.
―――――――――――――――――――――――x

      Plaintiff, LASHAWN DAWSON, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action without prejudice against the named Defendant.

Dated: October 18, 2023

*[signature]*

By: _____
    Gabriel A. Levy, Esq.
     *Attorney for Plaintiff*
    Gabriel A. Levy, P.C.
    1129 Northern Blvd. Suite 404
    Manhasset, NY 11030
    (347) 941-4715
    Glevy@glpcfirm.com